| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BREYER, STEPHEN G | 2. Court or Organization<br><br>U.S. SUPREME COURT | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOC. JUSTICE SUPREME COURT | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>SUPREME COURT OF UNITED STATES<br>1 FIRST STREET, N.E.<br>WASHINGTON, D.C. 20543 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE (HONORARY) | DANA-FARBER CANCER INSTITUTE |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2006 MAY 15 PD 2: 54   DISCLOSURE FINANCIAL OFFICE   RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | TANNER LECTURES; ROYALTY INCOME | $ 9,500 (Donated to Charity) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | PSYCHOLOGY PRACTICE |
| 2. 2005 | DANA-FARBER CANCER INSTITUTE -SALARY |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. AMERICAN BAR ASSOCATION INTERNATIONAL | JANUARY 24-28; LONDON, ENGLAND & PARIS, FRANCE; LEGAL EXCHANGE PROGRAM (TRANSPORTATION, LODGING AND MEALS) |
| 2. DEDICATION OF JOHN ADAMS COURTHOUSE | MARCH 31; BOSTON, MA (TRANSPORTATION) |
| 3. AMERICAN PHILOSPHICAL SOCIETY ANNUAL MEETING | APRIL 29-30; PHILADELPHIA, PA (LODGING AND MEALS) |
| 4. YALE UNIVERSITY | MAY 23-24; NEW HAVEN, CT; CHINESE MINISTER - CHINA LAW CENTER - LAW SCHOOL (TRANSPORTATION AND SOME MEALS) |
| 5. ECOLE NATIONALE DE LA MAGISTRATURE | JUNE 9; BORDEAUX, FRANCE (TRANSPORTATION, LODGING AND SOME MEALS) |
| 6. LE CERCLE DES ECONOMISTES | JULY 8-10; AIX-EN-PROVENCE (TRANSPORTATION, LODGING AND MEALS) |

| | |
| --- | --- |
| 7. SEMINAIRE BELLAGIO | JULY 18-22; BELLAGIO, ITALY; PROJECT ON TERRORISM, GLOBALISM AND THE RULE OF LAW (TRANSPORTATION, LODGING AND SOME MEALS) |
| 8. HARVARD LAW SCHOOL | SEPTEMBER 15; BOSTON, MA; GRAND OPENING CELEBRATION CHARLES HAMILTON HOUSTON INSTITUTE FOR RACE AND JUSTICE (TRANSPORTATION AND DINNER) |
| 9. NEW YORK UNIVERSITY | SEPTEMBER 20; NEW YORK, NY; GLOBAL LAW SCHOOL PROGRAM TRANSATLANTIC DIALOGUE (TRANSPORTATION) |
| 10. YALE GLOBAL CONSTITUTIONALISM SEMINAR | SEPTEMBER 21-23; NEW HAVEN, CT (TRANSPORTATION, LODGING AND MEALS) |
| 11. AMERICAN COLLEGE OF TRIAL LAWYERS | SEPTEMBER 27- OCTOBER 3; BOSTON, MA & WASHINGTON, D.C.; ANGLO-AMERICAN LEGAL EXCHANGE (TRANSPORTATION AND SOME MEALS) |
| 12. DRAKE UNIVERSITY | OCTOBER 6; DES MOINES, IA; DWIGHT OPPERMAN LECTURE (TRANSPORTATION AND SOME MEALS) |
| 13. WINTER CONVERSAZIONI ON CULTURE AND SOCIETY | OCTOBER 20-24; MELBOURNE, AUSTRALIA; SIR ROBERT SOUTHEY LECTURE (TRANSPORTATION, LODGING AND SOME MEALS) |
| 14. SABAN FORUM | NOVEMBER 11-14; JERUSALEM, ISRAEL (TRANSPORTATION, LODGING AND SOME MEALS) |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INVESTMENTS- PAINE WEBBER: | | | | | | | | | |
| 2. CENTOCOR CPR - RESTRICTED | A | Interest | J | W | None | | | | |
| 3. GENZYME CPR - RESTRICTED | A | Interest | J | W | None | | | | |
| 4. SMITH BARNEY CITIGROUP IRA ACCOUNT: | | | | | | | | | |
| 5. COUPON TREASURY RECEIPT | | None | K | T | Redemption | 8/15 | K | A | |
| 6. CERT ACCRUAL TSY | | None | J | T | None | | | | |
| 7. CITIBANK NA BANK DEPOSIT PROGRAM | A | Interest | J | T | None | | | | |
| 8. U.S. TREASURY NOTE 8/31/05 | A | Interest | | | Redemption | 8/31 | K | A | |
| 9. U.S. TREASURY NOTE 11/15/06 | B | Interest | K | T | None | | | | |
| 10. U.S. TREASURY NOTE 8/15/08 | | | K | T | Buy | 9/8 | K | | |
| 11. U.S. TREASURY NOTE 8/15/13 | | | K | T | Buy | 9/8 | K | | |
| 12. IRA ACCOUNT: | | | | | | | | | |
| 13. SCUDDER INCOME FUND | A | Dividend | K | T | None | | | | |
| 14. SCUDDER LARGE CAPITAL VALUE FUND | C | Dividend | L | T | None | | | | |
| 15. OTHER HOLDINGS: | | | | | | | | | |
| 16. CLAFLIN III INVESTORS ASSOCIATES (PARTNERSHIP) | A | Interest | | | Liq. Distrib | 12/31 | J | A | See Part VIII |
| 17. SCUDDER INCOME FUND - IRA | B | Dividend | K | T | None | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BANK OF AMERICA - CHECKING | A | Interest | J | T | None | | | | |
| 19. TIAA/CREF | D | Interest | P1 | T | None | | | | |
| 20. TRUST: | | | | | | | | | |
| 21. DMC APARTMENT FUND I (PARTNERSHIP) | F | Rent | J | U | None | | | | |
| 22. CHINA PARTNERS L.P. | B | Dividend | L | U | None | | | | |
| 23. CLAFLIN CAPITAL, VI | A | Dividend | J | U | None | | | | |
| 24. WINDSOR FUND | A | Dividend | J | T | None | | | | |
| 25. AUTOMATIC DATA PROCESSING COMMOM STOCK | A | Dividend | L | T | None | | | | |
| 26. SIGMA ALDRICH CORP. COMMON STOCK | A | Dividend | K | T | None | | | | |
| 27. PROCTER & GAMBLE CO - COMMON STOCK (MERGER W/ GILETTE CO.) | B | Dividend | M | T | None | | | | See Part VIII |
| 28. MERCK & CO. COMMON STOCK | A | Dividend | | | Sell | 11/23 | K | C | |
| 29. STATE STREET BANK IMMA | A | Dividend | K | T | None | | | | |
| 30. CINTAS CORP. COMMON STOCK | A | Dividend | L | T | None | | | | |
| 31. SYSCO CORP. COMMON STOCK | B | Dividend | M | T | None | | | | |
| 32. STATE STREET CORP. COMMON STOCK | B | Dividend | L | T | None | | | | |
| 33. VANGUARD S&P 500 INDEX FUND | C | Dividend | M | T | None | | | | |
| 34. POINT THERAPEUTICS INC - | | None | J | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| COMMON STOCK | | | | | | | | | |
| 35. U.S. TREASURY 8/31/2005 | B | Interest | | | Sell | 7/27 | K | A | |
| 36. | | | | | Redemption | 8/31 | K | A | |
| 37. PEPSICO INC. - COMMON STOCK | A | Dividend | L | T | None | | | | |
| 38. COLGATE-PALMOLIVE CO - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 39. EMC CORP - COMMON STOCK | | None | K | T | Buy | 11/23 | K | | |
| 40. NOVARTIS AG SPONSORED ADR | | None | K | T | Buy | 11/23 | K | | |
| 41. U.S. TREASURY BILL - 5/11/06 | | None | L | T | Buy | 11/23 | L | | |
| 42. U.S. TREASURY BILL - 5/11/06 | | None | K | T | Buy | 12/23 | K | | |
| 43. TEMPTIME INC - COMMON STOCK | | None | J | U | None | | | | See Part VIII |
| 44. APPLIED ANALYSIS INC - COMMON STOCK | | None | J | U | None | | | | See Part VIII |
| 45. APPLIED ANALYSIS INC - PREFERRED STOCK | | None | J | U | None | | | | See Part VIII |
| 46. OTHER ASSETS: | | | | | | | | | |
| 47. NATIONAL CITY CORP. COMMON STOCK | B | Dividend | L | T | None | | | | |
| 48. HUBBELL INC. CLASS B COMMON STOCK | A | Dividend | K | T | None | | | | |
| 49. WAL-MART STORES INC. COMMON STOCK | A | Dividend | K | T | None | | | | |
| 50. COLGATE-PALMOLIVE COMMON STOCK | A | Dividend | K | T | None | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. SCUDDER MANAGED MUNICIPAL BONDS | C | Interest | | | Buy | Var | J | | |
| 52. | | | | | Sell | Var | M | D | |
| 53. SCHERING-PLOUGH CORP. COMMON STOCK | A | Dividend | L | T | None | | | | |
| 54. TIAA/CREF RETIREMENT ACCOUNT | A | Dividend | K | T | None | | | | |
| 55. BARCLAY'S BANK SAVINGS ACCOUNT | A | Dividend | K | T | None | | | | |
| 56. PEARSON ORD. STOCK | F | Dividend | P1 | T | Partial Sale | 7/7 | M | G | |
| 57. RENTAL PROPERTY - NEVIS WEST INDIES | A | Rent | M | W | None | | | | |
| 58. DMC REGENCY RESIDENCE LTD. | F | Rent | J | U | None | | | | |
| 59. LLOYD'S BANK | A | Interest | J | T | None | | | | |
| 60. WELLS FARGO & CO. COMMON STOCK | B | Dividend | K | T | None | | | | |
| 61. BP AMOCO PLC ADR | B | Dividend | K | T | None | | | | |
| 62. TOTAL FINA SA SPONSORED ADR | B | Dividend | L | T | None | | | | |
| 63. NOKIA CORP. ADR | C | Dividend | M | T | None | | | | |
| 64. LAZARD BROTHERS SAVINGS ACCOUNT | A | Interest | J | T | None | | | | |
| 65. LAND IN CONCORD, MA | | None | L | W | None | | | | |
| 66. LAND IN PLAINFIELD, NH | | None | N | W | None | | | | |
| 67. CAMBRIDGE TRUST COMPANY | A | Interest | J | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. AIMCO PROPERTIES LP | A | Rent | | | Sell | 11/7 | L | A | |
| 69. ALLTELL CORP - COMMON STOCK | B | Dividend | K | T | None | | | | |
| 70. BANK OF AMERICA CORP - COMMON STOCK | B | Dividend | K | T | None | | | | |
| 71. CARDINAL HEALTH INC - COMMON STOCK | A | Dividend | | | Sell | 4/12 | K | A | |
| 72. DUKE ENERGY CORP - COMMON STOCK | B | Dividend | K | T | None | | | | |
| 73. EXELON CORPORATION - COMMON STOCK | B | Dividend | L | T | None | | | | |
| 74. FANNIE MAE - COMMON STOCK | A | Dividend | | | Sell | 7/8 | K | A | |
| 75. HEINZ HJ CO - COMMON STOCK | B | Dividend | K | T | None | | | | |
| 76. IBM - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 77. LOWES COMPANIES INC - COMMON STOCK | A | Dividend | L | T | None | | | | |
| 78. PACCAR INC - COMMON STOCK | C | Dividend | L | T | None | | | | |
| 79. PROCTER & GAMBLE CO - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 80. QUEST DIAGNOSTICS INC. - COMMON STOCK | A | Dividend | L | T | None | | | | |
| 81. UNITED TECHNOLOGIES CORP - COMMON STOCK | A | Dividend | L | T | None | | | | |
| 82. SYMANTEC CORP - COMMON STOCK (MERGER W/ VERITAS SOFTWARE) | | None | K | T | None | 7/15 | J | A | See Part VIII |
| 83. AMGEN INC - COMMON STOCK | | None | K | T | None | | | | |
| 84. CISCO SYSTEMS INC - COMMON | | None | K | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| STOCK | | | | | | | | | |
| 85. AIR PRODUCTS & CHEMICAL INC - COMMON STOCK | A | Dividend | K | T | None | | | | |
| 86. GANNETT CO - COMMON STOCK | A | Dividend | | | Sell | 7/8 | K | A | |
| 87. SCUDDER MASS TAX FREE FUND | D | Interest | | | Buy | Var | K | | |
| 88. | | | | | Sell | Var | M | A | |
| 89. KOHL'S CORPORATION - COMMON STOCK | | None | | | Sell | 4/12 | K | B | |
| 90. SSGA MONEY MARKET FUND | B | Dividend | K | T | None | | | | |
| 91. TEVA PHARMACEUTICAL - COMMON STOCK | | None | K | T | Buy | 7/8 | K | | |
| 92. CARNIVAL CORP - COMMON STOCK | A | Dividend | K | T | Buy | 7/8 | K | | |
| 93. NESTLE SA | | None | K | T | Buy | 7/8 | K | | |
| 94. SUNCOR ENERGY INC - COMMON STOCK | A | Dividend | K | T | Buy | 7/8 | K | | |
| 95. BECKMAN COULTER INC - COMMON STOCK | A | Dividend | | | Buy | 7/8 | K | | |
| 96. | | | | | Sell | 11/29 | K | A | |
| 97. BHP BILTON LTD | A | Dividend | K | T | Buy | 7/8 | K | | |
| 98. SCOTTISH POWER PLC SPONSORED ADR | A | Dividend | K | T | Buy | 7/8 | K | | |
| 99. CAMBRIDGE, MA 4.00% 01/01/2014 | | None | L | T | Buy | 8/25 | L | | |
| 100. HOPKINTON, MA 4.00% 07/01/2011 | | None | L | T | Buy | 9/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREYER, STEPHEN G | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. SCITUATE, MA 4.50% 09/15/2013 | | None | L | T | Buy | 9/13 | L | | |
| 102. SHARON, MA 4.00% 9/15/2013 | | None | L | T | Buy | 9/14 | L | | |
| 103. KING PHILIP REG. SCHOOL DISTRICT, MA 4.25% 12/15/2012 | | None | L | T | Buy | 12/14 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE REPORT WAS PREPARED BY:

LEON M. REIMER & CO., P.C.

NEW YORK, NEW YORK ▪

PART VII: LINE 16,43,44 & 45: On 12/31/05 Claflin III Investors Associates distributed shares of Temptime Inc, Applied Analysis (Common), and Applied Analysis (Preferred) as part of a liquidating distribution.

PART VII: LINE 27: On 10/1/05 Gilette Co. merged into Procter & Gamble Co.

PART VII: LINE 82: On 7/2/05 Veritas Software Corp. merged into Symantec Corp.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date ___5/16/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544